# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

CARLEST M. JOHNSON,                                                                 PLAINTIFF
ADC #142752

v.                                     2:22CV00108-JTK

CONNIE L. HUBBARD, et al.                                                         DEFENDANTS

## JUDGMENT

Based on the Order entered this date, Plaintiff Carlest M. Johnson's claims are dismissed with prejudice.

Dated this 6th day of July, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE